No. 81–5044.  MONROE v. LOUISIANA.  Sup. Ct. La.;
No. 81–5698.  SONNIER v. LOUISIANA.  Sup. Ct. La.;
No. 81–5971.  WHITE v. FLORIDA.  Sup. Ct. Fla.;
No. 81–6454.  MATTHESON v. LOUISIANA.  Sup. Ct. La.;
No. 82–5935.  JACKSON v. WAINWRIGHT, SECRETARY,
DEPARTMENT OF CORRECTIONS OF FLORIDA.  Sup. Ct. Fla.;
No. 82–6110.  RAULERSON v. FLORIDA.  Sup. Ct. Fla.;
No. 82–6425.  WOOMER v. SOUTH CAROLINA.  Sup. Ct.
S. C.; and

No. 82–6663. MIDDLETON v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 81–5044, 397 So. 2d 1258; No. 81–5698, 402 So. 2d 650; No. 81–5971, 403 So. 2d 331; No. 81–6454, 407 So. 2d 1150; No. 82–5935, 421 So. 2d 1385; No. 82–6110, 420 So. 2d 567; No. 82–6425, 278 S. C. 468, 299 S. E. 2d 317; No. 82–6663, 426 So. 2d 548.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.